SMITH V MICHIGAN PALLET, INC, No. 151963; Court of Appeals No. 318702. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals and we remand this case to the Lenawee Circuit Court for entry of an order granting the motion for summary disposition filed by the defendants-appellants. The Court of Appeals erred by finding that the plaintiff established a prima facie case of an intentional tort falling within the exception to the worker's compensation exclusive remedy that is found at MCL 418.131(1). There is no evidence in this case that the defendants had a specific intent to injure the plaintiff. Nor does the evidence establish that the defendants "had actual knowledge that an injury was certain to occur and willfully disregarded that knowledge." *Id*. See also *Travis v Dreis & Krump Mfg Co*, 453 Mich 149 (1996).

PEOPLE V LIONEL WRIGHT, No. 152328; Court of Appeals No. 319724. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals and we remand this case to that court. On remand, while retaining jurisdiction, the Court of Appeals shall remand this case to the Wayne Circuit Court to conduct an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973), to determine whether the defendant was deprived of his right to the effective assistance of counsel when his attorney failed to file a motion to suppress. At the conclusion of the hearing, the circuit court shall then forward the record and its findings to the Court of Appeals, which shall address the issues presented by the defendant. We do not retain jurisdiction.

*Leave to Appeal Granted December 23, 2015:*

*In re* APPLICATION OF MICHIGAN ELECTRIC TRANSMISSION COMPANY FOR TRANSMISSION LINE, No. 150695; reported below: 309 Mich App 1. The parties shall include among the issues to be briefed whether the Electric